01

02

03

04

05

06 UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
07 AT SEATTLE

08 UNITED STATES OF AMERICA,     )   CASE NO.  06-411M
                                       )
09      Plaintiff,               )
                                       )
10      v.                   )
                                     )  DETENTION ORDER
11 RAMON PEREZ-CAMACHO,         )
                                     )
12      Defendant.             )
_____ )

13

14 <u>Offense charged</u>:

15      Illegal Reentry After Deportation in violation of 8 U.S.C. § 1326(a).

16 <u>Date of Detention Hearing</u>: August 3, 2006.

17      The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

18 based upon the factual findings and statement of reasons for detention hereafter set forth, finds the

19 following:

20      <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

21      (1)    The Pretrial Services Report of August 3, 2006 reveals that there is an immigration

22 detainer lodged against the defendant.

DETENTION ORDER                           15.13
18 U.S.C. § 3142(i)                        Rev. 1/91
PAGE 1

01     (2)    Defendant was born in and is a citizen of Mexico.

02     (3)    There is no information available to show that defendant has any ties to this

03 community or to the Western District of Washington.

04     (4)    Defendant has a criminal background history revealing prior charges and

05 convictions.

06     (5)    Defendant is viewed as a risk of nonappearance because of the nature of the instant

07 charge and as a risk of danger based on his criminal history.

08     (6)    There appear to be no conditions or combination of conditions other than detention

09 that will reasonably assure the defendant's appearance at future Court hearings or the safety of the

10 community..

11     IT IS THEREFORE ORDERED:

12     (1)    Defendant shall be detained pending trial and committed to the custody of the

13     Attorney General for confinement in a correction facility separate, to the extent

14     practicable, from persons awaiting or serving sentences or being held in custody

15     pending appeal;

16     (2)    Defendant shall be afforded reasonable opportunity for private consultation with

17     counsel;

18     (3)    On order of a court of the United States or on request of an attorney for the

19     government, the person in charge of the corrections facility in which defendant is

20     confined shall deliver the defendant to a United States Marshal for the purpose of

21     an appearance in connection with a court proceeding; and

22 / / /

DETENTION ORDER     15.13
18 U.S.C. § 3142(i)     Rev. 1/91
PAGE 2

01    (4)    The Clerk shall direct copies of this Order to counsel for the United States, to

02           counsel for the defendant, to the United States Marshal, and to the United States

03           Pretrial Services Officer.

04    DATED this 3rd day of August, 2006.

05
                                            s/ James P. Donohue
06                                          United States Magistrate Judge

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22